**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY WILLIAMS,** | : | **CIVIL NO. 1:CV-13-0849** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **LACKAWANNA COUNTY PRISON,** | : | |
| **et al.,** | : | |
| **Defendants** | | |

## ORDER

**NOW, THEREFORE, THIS 8th  DAY OF NOVEMBER, 2013,** in accordance with

the accompanying Memorandum, **IT IS ORDERED AS FOLLOWS:**

1. The Clerk of Court is directed to **strike from the record**
   the supplemental complaint filed on July 3, 2013. (Doc. No. 19.)

2. Defendants' motion to dismiss the supplemental complaint (Doc. No. 20) is
   **denied as moot**.

3. Plaintiff's motion to correct typos within the original complaint (Doc. No. 22) is
   **granted** as set forth in the accompanying Memorandum.  Within fourteen (14)
   days, Defendants may supplement their pending motion to dismiss (Doc. No. 14).
   Plaintiff may file a reply thereto within fourteen (14) days.

4. Plaintiff's motion for a scheduling order/discovery (Doc. No. 24) is **denied as
   premature**.

S/ Yvette Kane
YVETTE KANE, Judge
Middle District of Pennsylvania