IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GARY WILLIAMS,       :
             :
    **Plaintiff**     :   **CIVIL NO. 1:13-CV-00849**
             :
  **v.**          :   **(Judge Kane)**
             :
**LACKAWANNA COUNTY PRISON, et al.,** :
             :
    **Defendants**   :

## ORDER

**NOW, THEREFORE, THIS 10th DAY OF AUGUST, 2015,** upon consideration of

Defendants' motion to dismiss (Doc. No. 14), Plaintiff's motion for leave to supplement the

complaint (Doc. No. 33), Plaintiff's motion for joinder (Doc. No. 35), and for the reasons set

forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

 1) Defendant's Motion to Dismiss (Doc. No. 14) is **GRANTED IN PART** as follows:

  a) Plaintiff's claim of violation of his right of access to the courts is

  **DISMISSED**;

  b) Plaintiff's claims regarding the unresponsiveness of the prison grievance

  system are **DISMISSED**;

  c) Plaintiff's claim of violation of his First Amendment rights due to the opening

  of his legal mail outside of his presence shall be allowed to proceed;

 2) Plaintiff's Motion to for Leave to Supplement the Complaint (Doc. No. 33) is

**GRANTED**.  Plaintiff's proposed supplemental complaint (Doc. No. 34) is accepted for filing

and shall be docketed as the Supplemental Complaint.

 3) All claims in the Supplemental Complaint against Warden McMillan, Assistant

Warden Langan, Captain Yavorski, Lieutenant Murray, Disciplinary Hearing Officer Fanning,

and Sergeant Kennedy are hereby **DISMISSED**.

      3) Plaintiff's motion for joinder (Doc. No. 35) is hereby **DENIED**.


                          S/ Yvette Kane
                          YVETTE KANE,
                          United States District Judge
                          United States District Court
                          Middle District of Pennsylvania