UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY WILLIAMS, | : | |
|     Plaintiff | : | |
| | : | No. 1:13-CV-00849 |
| v. | : | |
| | : | (Judge Kane) |
| LACKAWANNA COUNTY PRISON, et al., | : | |
| | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, this 17th day of May 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 50), is **GRANTED** and the Plaintiff's complaint (Doc. No. 1), and supplemental complaint (Doc. No. 34), are **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania